## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

Precious Kozzetta Hall
and

    Debtor(s)

CASE NO.: 09-10198-RLJ-13

HEARING DATE: October 30, 2013
HEARING TIME: 11:00 AM

## DEBTOR CERTIFICATION AND
## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
## PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Precious Kozzetta Hall
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON October 30, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON October 30, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: September 11, 2013

/s/Monte J. White
Attorney for Debtors

Label Matrix for local noticing
0539-1
Case 09-10198-rlj13
Northern District of Texas
Abilene
Wed Sep 11 11:29:02 CDT 2013

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

ECMC
P.O. Box 16478
Saint Paul, MN 55116-0478

Abilene Regional Medical Center
6250 Hwy 83-84 at Antilley Road
Abilene, TX 79606

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Chase
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156-9204

Chase Bank USA, N.A. by eCAST Settlement
Corporation, as its agent
POB 35480
Newark, NJ 07193-5480

Chase Na
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156-9204

Citfingerhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Clinical Pathology Associates
1818 Pine St.
Abilene, TX 79601-2349

Cook Childrens Medical Center
801 Seventh Avenue
Fort Worth, TX 76104-2796

Cottonwood Financial Texas, LP
1901 Gateway Drive
Suite 200
Irving, TX 75038-2425

ECMC
PO Box 16478
St. Paul, MN 55116-0478

Elvira Garcia MD
6250 Regional Plaza. Ste 1030
Abilene, TX 79606-5223

Fingerhut Direct Marketing Inc. CIT Bank
6250 Ridgewood Rd  St. Cloud, MN 56303

First Financial Bank Abilene
PO Box 701
Abilene, TX 79604-0701

First Financial Bk Na
400 Pine St
Abilene, TX 79601-5137

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

Glen Hall
2725 S. 28th St.
Abilene, TX 79605-6383

HSBC Nv-GM Card
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197-5213

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

Medical Data Systems I
Attn: Bankruptcy
2001 9th Ave Ste 312
Vero Beach, FL 32960-6413

Medical Revenue Services
P.O. Box 1149
Sebring, FL 33871-1149

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

North Eastern Recovery, Inc.
P.O. Box 209
Thornwood, NY 10594-0209

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Citibank
POB 41067
NORFOLK VA 23541-1067

Panhandle Plains
Student Services Care of Claims Dept
PO Box 839
Canyon, TX 79015-0839


Panhandle Plains Student Loan Center
PO Box 839
Canyon, TX 79015-0839

Premier Bankcard-Charter
PO BOX 2208
Vacaville CA 95696-8208

Sallie Mae
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae PC Trust
CO Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

Stanley D. Turner, D.D.S., PC
3118 Buffalo Gap Road
Abilene, Texas 79605-6810

TGSLC TG MAIL CENTER
Attn: Claims CLMS 1-1 -1E3
3500 Wadley Place Ste 303
Austin, TX 78728-1279

Texas Midwest Express Care
P.O. Box 6728
Abilene, TX 79608-6728

(p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN
1901 GATEWAY DRIVE
SUITE 200
IRVING TX 75038-2425

Toyota Motor Credit Co
14100 San Pedro Ave Ste
San Antonio, TX 78232-4361

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

West Central Tx Coll B
Po Box 2586
Abilene, TX 79604-2586

Williams, Trotter & Associates
Clinical Pathology Associates
PO Box 3138
Abilene, TX 79604-3138

eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Precious Kozzetta Hall
3726 Patriot Apt 103
Abilene, TX 79606-1862

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The Cash Store
4245 Southwest Dr.
Abilene, TX 79606

Toyota Motor Credit Corporation
5005 North River Blvd., N.E.
Cedar Rapids, IA 52411-6634

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999

(d) Panhandle Plains Student Loan Center
PO Box 839
Canyon, TX 79015-0839

End of Label Matrix
Mailable recipients  45
Bypassed recipients   2
Total                47