Monte J. White & Associates, P.C.
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Precious Kozzetta Hall | § | CASE NO. 09-10198-RLJ-13 |
| | § | |
| | § | Hearing on October 28, 2013 |
| | § | 11:00 AM |

AMENDED NOTICE OF HEARING ON
Debtor's Certification and Motion For Entry of Chapter 13 Discharge

COMES NOW Precious Kozzetta Hall, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Debtor's Certification and Motion For Entry of Chapter 13 Discharge is hereby set to be heard before the Honorable Judge Robert L. Jones, at 11:00 AM, October 28, 2013, in the United States Bankruptcy Court, Room 2201, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on September 23, 2013 a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

```
Label Matrix for local noticing           ECMC                                      United States Trustee
0539-1                                    P.O. Box 16478                            1100 Commerce Street
Case 09-10198-rlj13                       Saint Paul, MN 55116-0478                 Room 976
Northern District of Texas                                                          Dallas, TX 75242-0996
Abilene
Mon Sep 23 10:18:33 CDT 2013

306 Federal Building                      Abilene Regional Medical Center           Chase
1205 Texas Avenue                         6250 Hwy 83-84 at Antilley Road           800 Brooksedge Blvd
Lubbock, TX 79401-4037                    Abilene, TX 79606                         Westerville, OH 43081-2822


Chase                                     Chase Bank USA, N.A. by eCAST Settlement  Chase Na
Attn: Bankruptcy Dept                     Corporation, as its agent                 Attn: Bankruptcy Dept
PO Box 100018                             POB 35480                                 PO Box 100018
Kennesaw, GA 30156-9204                   Newark, NJ 07193-5480                     Kennesaw, GA 30156-9204


Citfingerhut                              Citi                                      Clinical Pathology Associates
6250 Ridgewood Roa                        Po Box 6241                               1818 Pine St.
Saint Cloud, MN 56303-0820                Sioux Falls, SD 57117-6241                Abilene, TX 79601-2349


Cook Childrens Medical Center             Cottonwood Financial Texas, LP            ECMC
801 Seventh Avenue                        1901 Gateway Drive                        PO Box 16478
Fort Worth, TX 76104-2796                 Suite 200                                 St. Paul, MN 55116-0478
                                          Irving, TX 75038-2425


Elvira Garcia MD                          Fingerhut Direct Marketing Inc. CIT Bank  First Financial Bank Abilene
6250 Regional Plaza. Ste 1030             6250 Ridgewood Rd  St. Cloud, MN 56303    PO Box 701
Abilene, TX 79606-5223                                                              Abilene, TX 79604-0701


First Financial Bk Na                     First Premier Bank                        Glen Hall
400 Pine St                               PO Box 5524                               2725 S. 28th St.
Abilene, TX 79601-5137                    Sioux Falls, SD 57117-5524                Abilene, TX 79605-6383


HSBC Nv-GM Card                           (p)INTERNAL REVENUE SERVICE               JEFFERSON CAPITAL SYSTEMS LLC
ATTN: BANKRUPTCY                          CENTRALIZED INSOLVENCY OPERATIONS         PO BOX 7999
PO BOX 5213                               PO BOX 7346                               ST CLOUD MN 56302-7999
Carol Stream, IL 60197-5213               PHILADELPHIA PA 19101-7346


Medical Data Systems I                    Medical Revenue Services                  Monte J. White & Associates, P.C.
Attn: Bankruptcy                          P.O. Box 1149                             402 Cypress, Suite 310
2001 9th Ave Ste 312                      Sebring, FL 33871-1149                    Abilene, TX 79601-5151
Vero Beach, FL 32960-6413


North Eastern Recovery, Inc.              PRA Receivables Management, LLC           Panhandle Plains
P.O. Box 209                              As Agent Of Portfolio Recovery Assocs.    Student Services Care of Claims Dept
Thornwood, NY 10594-0209                  CO Citibank                               PO Box 839
                                          POB 41067                                 Canyon, TX 79015-0839
                                          NORFOLK VA 23541-1067
```

| | | |
|---|---|---|
| Panhandle Plains Student Loan Center<br>PO Box 839<br>Canyon, TX 79015-0839 | Premier Bankcard-Charter<br>PO BOX 2208<br>Vacaville CA 95696-8208 | Sallie Mae<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sallie Mae PC Trust<br>CO Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Stanley D. Turner, D.D.S., PC<br>3118 Buffalo Gap Road<br>Abilene, Texas 79605-6810 | TGSLC TG MAIL CENTER<br>Attn: Claims CLMS 1-1 -1E3<br>3500 Wadley Place Ste 303<br>Austin, TX 78728-1279 |
| Texas Midwest Express Care<br>P.O. Box 6728<br>Abilene, TX 79608-6728 | (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN<br>1901 GATEWAY DRIVE<br>SUITE 200<br>IRVING TX 75038-2425 | Toyota Motor Credit Co<br>14100 San Pedro Ave Ste<br>San Antonio, TX 78232-4361 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | Williams, Trotter & Associates<br>Clinical Pathology Associates<br>PO Box 3138<br>Abilene, TX 79604-3138 |
| eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Precious Kozzetta Hall<br>3726 Patriot Apt 103<br>Abilene, TX 79606-1862 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | The Cash Store<br>4245 Southwest Dr.<br>Abilene, TX 79606 |
| Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br>Cedar Rapids, IA 52411-6634 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Jefferson Capital Systems LLC      (d)Panhandle Plains Student Loan Center      End of Label Matrix
PO BOX 7999                           PO Box 839                                    Mailable recipients    46
ST CLOUD, MN 56302-7999               Canyon, TX 79015-0839                         Bypassed recipients     2
                                                                                    Total                  48
```